| | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br><br>**Certificate of Formation**<br>**Limited Liability Company** | **Filed in the Office of the**<br>**Secretary of State of Texas**<br>**Filing #: 802091552 10/29/2014**<br>**Document #: 575668440002**<br>**Image Generated Electronically**<br>**for Web Filing** |

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**Cactus Family Farms, LLC**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Heath    Wilson**

C. The business address of the registered agent and the registered office address is:

Street Address:
**2209 SW 7th Avenue    Amarillo  TX  79106**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑ A. The limited liability company is to be managed by managers.

OR

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Cactus Pork Group, LLC**

Address: **2209 SW 7th Avenue    Amarillo  TX, USA  79106**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

1. The initial Company Agreement will be adopted by the members. The powers to alter, amend, or repeal the Company Agreement or adopt a new Company Agreement is vested in the members, subject to alteration, amendment or repeal by action of the members.

2. As permitted by law, no manager of the Company will be liable to the Company or its members for damages caused by that manager's act or omission. This Article does not eliminate or limit the liability of a manager for any of the following: (i) a breach of the manager's duty of loyalty to the Company or its members; (ii) an act or omission that breaches the manager's duty to the Company or an act or omission that involves intentional misconduct or a knowing violation of the law; (iii) a transaction from which the manager received an improper benefit whether or not the benefit resulted from an action taken within the scope of the manager's office; or (iv) an act or omission for which the liability of a manager is expressly provided by an applicable statute.

Any repeal or amendment of this Article by the manager will not adversely affect any limitation on the manager's liability existing at the time of the repeal or amendment. The manager will not be liable to the extent permitted by Texas law limiting the liability of a manager or of a director of a corporation. The foregoing elimination of the manager's liability to the Company will not be exclusive. The manager will have any other rights or limitations of liability or indemnity to which a manager may be entitled under any other provision in the following: (i) the Certificate of Formation; (ii) the Company Agreement; (iii) contract or agreement; (iv) vote of the Company's members; or (v) otherwise.

3. If proper written consent is given, any action that may be taken at any meeting of the members may be taken without a meeting, without prior notice, and without a vote. The written consents must set forth the action taken and be signed by members having not less than the minimum number of votes necessary to take the action at a meeting at which all members entitled to vote on the action were present and voted. Any written consent must be dated, signed, and delivered in the manner required by the Code as amended and will be effective for the period specified. The taking of any action by written consent will be subject to satisfaction of all applicable requirements of the Code.

4. Prompt notice of the taking of any action by members without a meeting by less than unanimous written consent will be given to those members who did not consent in writing to the action.

5. The Company's membership interests will be subject to transfer restrictions set out in the Company Agreement. The Company Agreement will be kept with the Company's records. The Company will provide a copy of the Company Agreement, without charge, to any record holder of a membership interest upon written request addressed to the Company at its principal business office or its registered agent's address.

6. This Certificate of Formation may be amended or restated in any manner permitted by applicable law. All amendments and restatements must be approved by the affirmative vote of the members owning a majority of the Company.

| 7. The authority of the Manager is set forth in the Company Agreement. |
|---|
| [The attached addendum, if any, is incorporated herein by reference.]<br>**Certificate of Name Reservation - Cactus Family Farms, LLC.pdf** |

| Organizer |
|---|
| The name and address of the organizer are set forth below.<br>**Bryan L. Jepson          P.O. Box 15008, Amarillo, TX 79105-5008** |

| **Effectiveness of Filing** |
|---|
| ☑ A. This document becomes effective when the document is filed by the secretary of state. |
| OR |
| ☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is: |

| **Execution** |
|---|
| The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument. |
| **Bryan L. Jepson** |
| Signature of Organizer |

**FILING OFFICE COPY**